IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:19-cv-00059

| | |
|---|---|
| BMO HARRIS BANK N.A., a national banking association, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| JC PROPST TRUCKING, LLC, a North Carolina limited liability company, and JOSHUA PROPST an individual resident and citizen of North Carolina, ) ) ) ) ) | |
| Defendants. ) | |

## ORDER WITHDRAWING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND AN ORDER OF REPLEVIN

Before the Court is the Notice of Withdrawal of Plaintiff's Motion for Preliminary Injunction and an Order of Replevin. Plaintiff advises that the collateral has been recovered rendering the motion for relief moot. Accordingly, Plaintiff's Motion for Preliminary Injunction and an Order of Replevin shall be terminated as moot. All remaining claims shall proceed.

Signed: April 1, 2019

Graham C. Mullen
United States District Judge

DocID: 4829-7824-5006.1