IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:19-cv-00059

| | | |
|---|---|---|
| BMO HARRIS BANK N.A., a national banking association, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT ORDER |
| JC PROPST TRUCKING, LLC, a North Carolina limited liability company, and JOSHUA PROPST an individual resident and citizen of North Carolina, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT ORDER**

This matter came to be heard upon the motion of BMO Harris Bank N.A. ("Plaintiff"), for Default Judgment and the affidavits attached thereto, service of the Summons and Complaint having been made upon Defendants, JC Propst Trucking LLC ("Borrower") and Joshua Propst ("Guarantor," and together with Borrower, "Defendants"), Defendants having failed to plead in response to the Complaint in this action, this Court having subject matter and personal jurisdiction over this case and the parties thereto, default against Defendants having previously been entered, Plaintiff having tendered affidavits supporting the damages due and owing, and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $483,405.71 (consisting of the principal amount of $435,230.24, plus unpaid interest and fees in the amount of $29,206.57, plus reasonable attorneys' fees and

expenses through April 30, 2019 in the amount of $18,968.90), plus interest on the principal amount thereof at the *per diem* rate of $217.62, commencing as of April 30, 2019.

This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Signed: May 14, 2019

_____
Frank G. Johns, Clerk
United States District Court